FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 20 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00915-BNB

LEROY DAMASIO FRESQUEZ,

    Plaintiff,

v.

DEPUTY TODD WOOLEY, Jefferson County Sheriff,
DEPUTY J. BRUNN, Jefferson County Sheriff,
SGT. SITTNER D-121,
LT. T. SYLVESTER D-21,
CLAUDIA VAN BUREN, RN,
NURSE DIANNE (DUFFY),
MEDICAL SUPERVISORS (Names Unknown) May 18, 2008,
DEPUTY SHERIFF STRUCKOFF,
DEPUTY SHERIFF SPOUTZ,
DEPUTY SHERIFF KOTRIZ,
DEPUTY SHERIFF DILWORTH,
SGT. ALLAN D139,
MEDICAL SUPERVISORS (Names Unknown) May 23, 2008,
SGT HARRIS -D107,
MEDICAL SUPERVISORS (Names Unknown) May 27, 2008,
SGT BETKA,
LT. GITTINS D-34,
LT D KLIENCHMIDT D-33,
SGT. SIMMONS,
MATT KILLOUGH, PA,
SHERIFF TED MINKS,
GLORIA RING, RN,
RAYMOND HERR, M.D., and
MEDICAL SUPERVISORS (Names Unknown) May 18, 2008 though June 16, 2008,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Leroy Damasio Fresquez, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Fremont Correctional Facility in Cañon City, Colorado. On April 6, 2011, Mr. Fresquez initiated this action by filing a

Prisoner Complaint. On April 14, 2011, Magistrate Judge Boyd N. Boland granted Mr. Fresquez leave to proceed pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing fee. The Court must construe Mr. Fresquez's Complaint liberally because he is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court does not act as a *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110.

The Court has reviewed the Complaint. The claims Mr. Fresquez asserts were addressed and dismissed by the court in *Fresquez v. Baldwin, et al.*, No. 08-cv-01233-CMA-CBS (D. Colo. Mar. 4, 2011) (unpublished), for failure to state a claim. It appears that Mr. Fresquez is attempting to circumvent the court's denial of his motion to amend his complaint in Case No. 08-cv-01233-CMA-CBS. See No. 08-cv-01233-CMA-CBS at Doc. No. 233 (motion to amend complaint denied as untimely and futile because it is not unreasonable or unfair to require finality in claims raised). Repetitious litigation of virtually identical causes of action may be dismissed as frivolous or malicious. See *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988) (per curiam); *Van Meter v. Morgan*, 518 F.2d 366, 368 (8th Cir. 1975) (per curiam). The Court may consult its own records to determine whether a pleading repeats pending or previously litigated claims. See *Duhart v. Carlson*, 469 F.2d 471 (10th Cir. 1972). The Court has examined its records and is satisfied that the claims are repetitive of the claims Mr. Fresquez asserted in Case No. 08-cv-01233-CMA-CBS.

Furthermore, *res judicata*, or claim preclusion, applies to limit a party from bringing before the Court a matter that has already been addressed. *Res judicata* applies if (1) there was a final judgment on the merits in the earlier action; (2) the parties are identical or in privity in both cases; (3) the cause of action is the same; and (4) the

plaintiff had a full and fair opportunity to litigate the claim in the prior suit. *Nwosun v. General Mills Rests.,* 124 F.3d 1255, 1257 (10th Cir. 1997).

There was final judgment on the merits in Case No. 08-cv-01233-CMA-CBS. The cause of action is the same, and Mr. Fresquez had a full and fair opportunity to litigate his claim in the prior suit. Furthermore, the Defendants named in this action, as government employees, are in privity with the defendants in the previous action. *United States v. Rogers,* 960 F.2d 1501, 1509 (10th Cir. 1992) ("There is privity between officers of the same government so that a judgment in a suit between a party and a representative of the United States is *res judicata* in relitigation of the same issue between that party and another officer of the government.") (internal quotations and citation omitted); *see also Malek v. Brockbrader,* 190 F. App'x 613, 615 (10th Cir. 2006) (applying *Rogers* to state government defendants in a 42 U.S.C. § 1983 prisoner complaint). Accordingly, it is

ORDERED that the Complaint and action are dismissed with prejudice as legally frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

DATED at Denver, Colorado, this 20th day of April, 2011.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00915-BNB

Leroy Damasio Fresquez
Prisoner No. 114274
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on April 20, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk